at 452, 938 S.W.2d at 568. In this case, the parties did not stipulate to these amounts until a lawsuit had been filed. A party's agreement to pay a certain amount after a loss occurs does not mean that the amount of damages was ascertainable at the time of the loss. Moreover, we believe that if a claim were to be deemed liquidated when a party agrees to pay it, parties might have some incentive to dispute issues they would not otherwise have disputed in order to avoid paying prejudgment interest. It seems counterintuitive to force parties to dispute the amount of damages to avoid paying prejudgment interest. This could serve only to lengthen the time until the injured party receives compensation.

Affirmed.

**Theresa KARAM, Plaintiff–Appellant,**

**v.**

**CITY OF BURBANK, a municipality; Burbank Police Department; Miranda, Burbank Police Officer # 7734; Sindle, Burbank Police Officer # 7942; Gordon Bowers, Burbank Police Captain; David Newsham, Chief of Police; Burbank City Attorney; Gina Oh; Eric Hovatter; Juli Scott; Stacy Murphy; Robert Ovrom, Defendants–Appellees.**

**Theresa Karam, Plaintiff–Appellant,**

**v.**

**City of Burbank, a municipality; Gordon Bowers, Burbank Police Captain; David Newsham, Chief of Police; Eric Hovatter; Juli Scott; Matt Miranda,**

**Burbank Police Officer # 7734; Stacy Murphy; Robert Ovrom; Shane Sindle, Burbank Police Officer # 7942, Defendants–Appellees,**

**and**

**Burbank Police Department; Burbank City Attorney; Gina Oh, Defendants.**

Nos. 02–55954, 02–56220.

United States Court of Appeals, Ninth Circuit.

Filed Oct. 6, 2003.

Steven W. Kerekes, a Law Corporation, Beverly Hills, CA, for Plaintiff–Appellant.

Juli C. Scott, Office of the City Attorney, Burbank, CA, Richard R. Terzian, Kristin A. Pelletier, Bannan, Green, Frank & Terzian, LLP, Los Angeles, CA, for Defendant–Appellee.

Before THOMPSON, TROTT, and TALLMAN, Circuit Judges.

**ORDER**

The opinion filed August 20, 2003 and published at 340 F.3d 884 is withdrawn. Rehearing is ordered only on the question of the district court's award of attorney fees in favor of the defendants.